# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| IRISH GUMBA, | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:22-cv-1509 |
| | § | |
| LAKEVIEW LOAN SERVICING, LLC, | § | |
|     Defendant. | § | |

## JOINT STIPULATION OF DISMISSAL

Plaintiff Irish Gumba ("Plaintiff") and Defendant Lakeview Loan Servicing, LLC, its successors and assigns ("Defendant") ("collectively the "Parties"), by and through their undersigned counsel, hereby stipulate and agree that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all claims and causes of action asserted or could have been asserted by Plaintiff against Defendant are hereby dismissed with prejudice, pursuant to the Parties' agreement.

Respectfully submitted,

**BARRETT DAFFIN FRAPPIER TURNER & ENGEL, LLP**

*/s/ R. Matthew Graham*
R. Matthew Graham – *Attorney in Charge*
State Bar No. 24027186
SD No. 3747762
Robert D. Forster, II
State Bar No. 24048470
SD No. 2647781
4004 Belt Line Rd., Ste. 100
Addison, Texas 75001
(972) 341-5030 (telephone)
(972) 341-0734 (facsimile)
MatthewG@BDFGroup.com
RobertFO@BFGGroup.com
**ATTORNEYS FOR DEFENDANT**

/s/ *Robert C. Vilt*
Robert C. Vilt
State Bar No. 00788586
SD No. 20296
Vilt Law, P.C.
5177 Richmond Avenue
Suite 1142
Houston, Texas 77056
(713) 840-7570 – Telephone
(713) 887-1827 – Facsimile
clay@viltlaw.com
**ATTORNEY FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

   I hereby certify that on this 29th day of June 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF filing system, and will send a true and correct copy to the following:

**VIA E-Service:  clay@viltlaw.com**
Robert C. Vilt, Esq.
5177 Richmond Avenue
Suite 1142
Houston, Texas 77056
*Attorney for Plaintiff*

                 */s/ R. Matthew Graham*
                 R. Matthew Graham